# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

MARTHA CARROLL, GAIL TUTEN, MELINDA WEBB, AND RANDY BOUTWELL,

    Plaintiffs,

                                 CASE NUMBER: 1:17-cv-1127-JDB-egb

v.

TDS TELECOMUNICATIONS CORP., TDS TELECOM SERVICE, LLC f/k/a TDS TELECOM SERVICE CORP. and TENNESSEE TELEPHONE COMPANY,

    Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation of Dismissal of Named Plaintiffs' entered in the above-styled matter on 3/1/2019, the parties hereby stipulate that the four named Plaintiff's claims be dismissed with prejudice and request that this matter be closed.

**APPROVED:**

                                                s/ J. Daniel Breen
                                                **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**